ceeding by the People of the State of New York against David A. Sullivan. No opinion. Order affirmed, without costs.

---

PEOPLE, Respondent, v. SWEENEY, Appellant. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Proceeding by the People of the State of New York against Wallace W. Sweeney. J. F. McIntyre, for appellant. S. L. Richter, for the people. No opinion. Judgment affirmed. Order filed. See, also, 134 N. Y. Supp. 1142.

---

PEOPLE, Respondent, v. TITUS, Appellant. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Proceeding by the People of the State of New York against Arthur E. Titus. F. S. Marsell, for appellant. L. Fabricant, for the People. No opinion. Judgment affirmed. Order filed.

---

PEOPLE, Respondent, v. TRESKOW, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 29, 1912.) Proceeding by the People of the State of New York against John Treskow. No opinion. Motion to dismiss appeal granted.

---

PEOPLE, Respondent, v. UTTAL, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Proceeding by the People of the State of New York against Simon Uttal. PER CURIAM. Judgment of conviction of the Court of Special Sessions reversed, and new trial ordered, on the ground that evidence was admitted improperly to show the commission of an offense other than that stated in the information, and, furthermore, that the guilt of the defendant was not established beyond a reasonable doubt.

---

PEOPLE, Respondent, v. WERNER, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Proceeding by the People of the State of New York against John A. Werner. PER CURIAM. Judgment of conviction of the County Court of Richmond County reversed, and new trial ordered, for error in admitting proof of the details of the complaints made. See Baccio v. People, 41 N. Y. 265; People v. Friedman, 139 App. Div. 795, 124 N. Y. Supp. 521. BURR, J., dissents, upon the ground that, while the testimony of the officers may have been incompetent, the other evidence corroborating complainant's testimony was so complete that the error was not prejudicial.

---

PEOPLE v. WILSON. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Proceeding by the People of the State of New York against Mabel Wilson. No opinion. Motion granted. Order filed.

---

PEOPLE ex rel. BRIDGE OPERATING CO. et al., Respondents, v. PUBLIC SERVICE COMMISSION et al., Appellants. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Proceeding by the People of the State of New York, on the relation of the Bridge Operating Company and others, against the Public Service Commission and others. G. S. Coleman, for appellants. A. H. Masten, G. D. Yeomans, and Dykman, Oeland & Kuhn, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of People ex rel. Joline v. Willcox, 129 App. Div. 267, 113 N. Y. Supp. 861, affirmed 194 N. Y. 383, 87 N. E. 517. Order filed.

---

PEOPLE ex rel. CAMPBELL, Appellant, v. KRAFT et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Proceeding by the People of the State of New York, on the relation of John H. Campbell, against John E. Kraft and others, constituting the Civil Service Commission of the State of New York. PER CURIAM. Order affirmed, with costs. See, also, 133 N. Y. Supp. 1139. KELLOGG and HOUGHTON, JJ., dissent.

---

PEOPLE ex rel. CASSIDY v. CROPSEY, Com'r. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Proceeding by the People of the State of New York, on the relation of Alexander Cassidy, against James C. Cropsey, as commissioner. L. J. Grant, for relator. H. Crone, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs. Order filed.

---

PEOPLE ex rel. CITY OF NEW YORK v. GOOSSEN. SAME v. BRONX BATH CO. SAME v. SANDROCK REALTY CO. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Proceedings by the People of the State of New York, on the relation of the City of New York, against Julia E. Goossen, against the Bronx Bath Company, and against the Sandrock Realty Company. No opinion. Motions denied. Orders filed. See, also, 134 N. Y. Supp. 427; 134 N. Y. Supp. 432; 134 N. Y. Supp. 433.

---

PEOPLE ex rel. COHEN v. ROBINSON, Com'r. (Supreme Court, Appellate Division, First Department. May 3, 1912.) Proceeding by the People of the State of New York, on the relation of Joseph Cohen, against Herman Robinson, as commissioner, etc. A. Stern, for relator. H. Crone, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

---

PEOPLE ex rel. COTTRELL v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Proceeding by the People of the State of New York, on the relation of John W. Cottrell,